```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Elena Katz-Grodman and Arnold Grodman,
Individually, and as Parents, Guardians,
and Next Friends of Eleonora Grodman

        v.

Case No. 14-cv-383-SM

Timberlane Regional School District,
Crotched Mountain School, and
Crotched Mountain Rehabilitation, Inc.

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 18, 2015, for the reasons set forth therein. All of plaintiffs' claims asserted in this action, with the exception of the IDEA claims challenging the hearing officer's May 1, 2014, decision, are hereby dismissed without prejudice.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection

to magistrate's report will waive the right to appeal).


    SO ORDERED.

                                                     _____
                                                   Steven J. McAuliffe
                                                   United States District Judge

Date: June 15, 2015

cc:   Elena Katz-Grodman, pro se
       Arnold Grodman, pro se